NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID W. MAYBERRY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7136

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2229, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

David W. Mayberry moves for a 45-day extension of time, until February 6, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq
Nicholas Jabbour, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK